# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE LOGAN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; a business entity; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.:　2:20-cv-02368 JAK (JCx)<br><br>**ORDER RE JOINT STIPULATION REGARDING VALUE OF PLAINTIFFS' CASE IS LESS THAN $75,000.00 (DKT. 14)**<br><br>**JS-6: Remanded** |

　　　　Based on a review of the parties' Joint Stipulation Regarding Value of Plaintiffs' Case Is Less than $75,000.00 (the "Stipulation" (Dkt. 14)), there is good cause for the requested relief. Therefore, the relief requested in the Stipulation is **GRANTED** and the action remanded to the Los Angeles Superior Court at its Spring Street Courthouse (Case No. 20STCV00695).

　　　　In light of the foregoing, the Post Mediation Status Conference scheduled for December 21, 2020 at 11:30 a.m. is taken off calendar. No appearance by counsel is necessary.

　　　　**IT IS SO ORDERED.**

Dated:　December 18, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge